Greg A. DONOPHAN, et al.,
Defendants Below–
Appellees.

No. 325, 2015

Supreme Court of Delaware.

Submitted: October 16, 2015

Decided: December 16, 2015

AFFIRMED.

DELAWARE COUNTY EMPLOYEES' RETIREMENT FUND and City of Sterling Heights General Employees' Retirement System, derivatively and on behalf of Simon Property Group, Inc., Plaintiffs Below, Appellants,

v.

Melvyn E. BERGSTEIN, Larry C. Glasscock, Karen N. Horn, Allan Hubbard, Reuben S. Leibowitz, Daniel C. Smith, J. Albert Smith, Jr., Herbert Simon, David Simon, and Richard S. Sokolov, Defendants Below, Appellees,

and

Simon Property Group, Inc., Nominal Defendant Below, Appellee.

No. 199, 2015

Supreme Court of Delaware.

Submitted: October 28, 2015

Decided: December 16, 2015

AFFIRMED.

William BOYLES, Defendant Below–Appellant

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 643, 2015

Supreme Court of Delaware.

Submitted: December 14, 2015

Decided: December 17, 2015

DISMISSED.

Jeffrey W. THOMAS, Defendant Below–Appellant,

v.